UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TIYA L. MCIVER,<br><br>                         Plaintiff,<br><br>                -v-<br><br>THE TRUSTEES OF COLUMBIA<br>UNIVERSITY IN THE CITY OF NEW<br>YORK, *et al.*,<br><br>                         Defendants. | 25-CV-34 (JPO)<br><br>ORDER |

J. PAUL OETKEN, District Judge:

Before the Court is Defendants' letter motion for a protective order limiting the parties' use of discovery materials to litigation purposes only. (ECF No. 36.)  Defendants allege that Plaintiff has communicated her intent to splice together portions of the video transcript of Defendant Crawford's deposition and circulate the video to third parties.  Defendants seek an interim order prohibiting Plaintiff from engaging in such actions until the Court makes a final determination on Defendants' application.  (*Id.* at 1.)

Defendants' request for an interim order is GRANTED.  Pending further order, Plaintiff shall not disseminate any discovery materials, including deposition transcripts and videos, or portions thereof, to the public.

SO ORDERED.

Dated: March 11, 2026
        New York, New York

_____
                J. PAUL OETKEN
                United States District Judge